IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson                  MAGISTRATE JUDGE'S MINUTES

CR 04-00841-001-TUC-DCB(CRP)           Date: 10/18/2005
CASE NUMBER

Hon. CHARLES R. PYLE, United States Magistrate Judge     Judge #: 70BM

USA v. ANTONIO ENRIQUE ROJAS

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ
Deputy Clerk Barbara Wagner        Recorded by Courtsmart

U.S. Atty: David Petermann        Dft Atty: Andrea Matheson, APPT

Intrptr: Joyce Garcia

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued, dft to be held without bail

**PROCEEDINGS:**     ☐ ARRAIGNMENT/PLEA     ☒ CHANGE OF PLEA
☐ Waiver of Indictment filed     Age: (20 years old)
☐ CHARGES:
☒ Dft states true name to be: SAME
☒ Dft advised: ☒ Right to trial by jury ☐ Right to indictment by GJ
☒ Dft enters: ☒ GUILTY PLEA to one-count indictment
Lesser offense
☐ Court finds amount of _____ to be
☒ Plea agreement ☒ FILED ☐ NOT FILED ☐ SEALED
☒ Guidelines case ☐ Non-guidelines case
☒ Continued for sentence to **1/6/06 at 10:00 AM BEFORE JUDGE BURY**
☐ To be dismissed upon entry of judgment
☒ ORDER vacate trial date/motion hearing/motions moot
☒ Provided with copy of Indictment/Information    ☒ Waives reading
☐ ORDER defendant remain released pending sentence/remanded to USM
☐ Interpreter not required. Remove interpreter designation.
☒ Other: PSR ORDERED

copies to: David Petermann, PO, PSA, Andrea Matheson, DCB, CRP